UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

 **FILED**

JAN 0 4 2010

CLERK
United States Bankruptcy Court
San Jose, California

In re: JERRY R. BASSONI

Case No. 08-53123 ASW

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 11/30/09   PETITION DATE: Converted 4/07/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $2,561 | $2,401 | |
| b. Total Assets | $965,510 | $965,350 | $1,045,099 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $290,635 | $290,635 | $289,816 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $1,398 | $1,398 | $11,784 |
| b. Total Disbursements | $1,238 | $1,573 | $12,304 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $160 | ($175) | ($520) |
| d. Cash Balance Beginning of Month | $351 | $526 | $1,031 |
| e. Cash Balance End of Month (c + d) | $511 | $351 | $511 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $44,844 | $44,844 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | x |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes  _x_ ;  U.S. Trustee Quarterly Fees  _x_ ; Check if filing is current for: Post-petition tax reporting and tax returns:  _x_ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12/20/2009 0:00

Responsible Individual

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                              | Property 1 | Property 2 | Property 3 |
|---|------------------------------|-----------|-----------|-----------|
| 1 | Description of Property      |           |           |           |
| 2 | Scheduled Gross Rents        |           |           |           |
|   | Less:                        |           |           |           |
| 3 | Vacancy Factor               |           |           |           |
| 4 | Free Rent Incentives         |           |           |           |
| 5 | Other Adjustments            |           |           |           |
| 6 | Total Deductions             | $0        | $0        | $0        |
| 7 | Scheduled Net Rents          | $0        | $0        | $0        |
| 8 | Less: Rents Receivable (2)   |           |           |           |
| 9 | Scheduled Net Rents Collected (2) | $0   | $0        | $0        |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                          | Account 1 | Account 2 | Account 3 |
|----|------------------------------------------|-----------|-----------|-----------|
| 10 | Bank                                     | $0        |           |           |
| 11 | Account No.                              |           |           |           |
| 12 | Account Purpose                          |           |           |           |
| 13 | Balance, End of Month                    | $0        |           |           |
| 14 | Total Funds on Hand for all Accounts & Cash | $511   |           |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended __11 30 09__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $511 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: office equip, tools, misc | x | $2,050 |
| 5 | | | |
| 6 | **Total Current Assets** | | $2,561 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $3,930 |
| 10 | Vehicles | x | $100 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: annuity | x | $824,000 |
| 16 | Levied IRA funds | x | $134,919 |
| 17 | **Total Long Term Assets** | | $962,949 |
| 18 | **Total Assets** | | $965,510 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | $669 |
| 31 | General unsecured claims | | $289,966 |
| 32 | **Total Pre-Petition Liabilities** | | $290,635 |
| 33 | **Total Liabilities** | | $290,635 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $674,875 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $965,510 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1 1 98

Case: 08-53123    Doc# 129    Filed: 01/04/10    Entered: 01/05/10 15:23:28    Page 3 of 4

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 11/30/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Social security disability payment (Exempted Income) | $1,398 | $11,184 |
| 8 | (Exempted Income) | | |
| 9 | Refund Chapter 13 payments | | $600 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $1,398 | $11,784 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $351 | $2,896 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | Insurance (car, medical, etc) | | $128 |
| 34 | Other household expenses, etc. | $887 | $9,280 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $1,238 | $12,304 |
| 38 | **Net Increase (Decrease) in Cash** | $160 | ($520) |
| 39 | **Cash Balance, Beginning of Period** | $351 | $1,031 |
| 40 | **Cash Balance, End of Period** | $511 | $511 |

Revised 1 1 98