| | |
|---|---|
| DIEMER, WHITMAN & CARDOSI, LLP<br>KATHRYN S. DIEMER, #133977<br>75 East Santa Clara Street, Suite 290<br>San Jose, CA 95113<br>TEL. (408) 971-6270<br>FAX. (408)971-6271 | Case Name: Slawinski v. Bassoni<br><br>Case No.: 08-53123<br><br><br>Hearing: February 19, 2010 |

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On February 23, 2010, I served a copy of:

**MOTION TO APPROVE COMPROMISE OF CONTROVERSY**

BY REGULAR MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

| | |
|---|---|
| Jerry Ray Bassoni<br>1481 Cherry Garden Lane<br>San Jose, CA 95125 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San jose, CA 95113-3099 | Office of the U.S. Trustee/ SJ<br>U.S. Federal Building<br>280 South First Street, #268<br>San Jose, CA 95113 |
| C. Laine Lucas<br>Binder & Malter, LLP<br>2775 Park Ave.<br>San Jose, CA 95050 | Sprint<br>Customer Service<br>PO Box 8077<br>London, KY 40742 |

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on February 23, 2010, at San Jose, California.

_____/s/Erin Cahill_____
Erin Cahill

1
PROOF OF SERVICE RE:MOTION TO APPROVE COMPROMISE OF CONTROVERSY