

| | |
|---|---|
| 1  DIEMER, WHITMAN & CARDOSI, LLP | |
|    KATHRYN S. DIEMER, #133977 | IT IS SO ORDERED. |
| 2  75 East Santa Clara Street, Suite 290 | Signed April 07, 2010 |
|    San Jose, California   95113 | |
| 3  Telephone:  (408) 971-6270 | |
|    Facsimile: (408) 971-6271 | |
| 4 | |
|    ATTORNEYS FOR | Arthur S. Weissbrodt |
| 5  Creditor Steven H. Slawinski | U.S. Bankruptcy Judge |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                             ) Case No. 08-53123
                                                   )
Jerry Ray Bassoni,                                 ) CHAPTER 11
                                                   )
                                                   ) Adversary Proceeding No.: 09-05185
                       Debtor.                     )
                                                   ) **[PROPOSED] ORDER RE MOTION TO
_____                  ) APPROVE COMPROMISE OF
                                                   ) CONTROVERSY PURSUANT TO
Steven Slawinski                                   ) BANKRUPTCY**
                       Plaintiff,                  )
v.                                                 )
                                                   )
Jerry Ray Bassoni,                                 ) Date:    March 19, 2010
                                                   ) Time:    1:15 p.m.
                       Defendant                   ) Ctrm:    Honorable Judge Weissbrodt
                                                   )
_____                  )

The Motion to approve compromise of controversy regarding all claims by Creditor Slawinski, including all section 523 and 727 nondischargeability actions presented by Plaintiff STEVE SLAWINSKI came on for hearing before the Honorable Judge Arthur Weissbrodt, United States Bankruptcy Judge on March 19, 2010. John Cardosi of Diemer, Whitman & Cardosi appeared for STEVE SLAWINSKI. No party filed an objection.

It appearing that notice of the Motion was duly given, the Court having considered the Motion to Approve Compromise of Controversy pursuant to Bankruptcy Rules of Procedure sections 2002(a)(3) and 9019 and there being no opposition after due and proper notice and good cause

1
[PROPOSED] ORDER RE MOTION TO APPROVE COMPROMISE OF CONTROVERSY PURSUANT TO BANKRUPTCY

appearing, IT IS HEREBY ORDERED:

1. That due and proper notice has been given to all parties entitled to notice pursuant to the Federal Rules of Bankruptcy Procedure.

2. That settlement of this matter is appropriate and in good faith.

3. That a dismissal of the causes of action based on 11 U.S.C. section 523 and 11 U.S.C. section 727 is hereby granted.

4. The settlement amount of $518,893.00 is based upon the proof of claim filed on June 8, 2009 with the bankruptcy court. The basis for the proof of claim is a State court judgment, Case No.YC02870. [Exhibit A]

5. The Court incorporates by reference, as if set forth in full, its Findings of Facts and conclusions of Law made orally on the record at the hearing on the Motion.

6. The $328,609.50 of the Fidelity Investments accounts presently held in the custody of the Los Angeles County Sheriff is directed by this order to be disbursed in full to Steven Slawinski by the Los Angeles County Sheriff upon receipt of the signed order. [Attached hereto is Exhibit B a true and correct copy of the levy document for said funds]

7. The remaining balance of $190,283.50 ($518,893.00 - $328,609.50) shall be paid to Mr. Slawinski directly from Fidelity Investments owned by Mr. Jerry Bassoni by certified funds within <u>seven days</u> of entry of the order approving the settlement agreement. If there are insufficient funds, Mr. Bassoni is to pay the remaining sum.

8. Once Mr. Slawinski receives the Settlement Amount, he will file a declaration with the court evidencing payment. Upon receipt of the court filed declaration and the funds from the Los Angeles County Sheriff, Steven Slawinski will file dismissals in the adversary cases #08 5273; #09-05185 and Mr. Bassoni's liability to Mr. Slawinski will then by satisfied in full.

** END OF ORDER **

2
[PROPOSED] ORDER RE MOTION TO APPROVE COMPROMISE OF CONTROVERSY PURSUANT TO BANKRUPTCY

Case: 08-53123   Doc# 134   Filed: 04/07/10   Entered: 05/14/10 10:56:55   Page 2 of 3

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | Gregory Charles<br>San Jose Office<br>440 North First Street, Suite 100<br>San Jose, CA 95112 |
| 4 | |
| 5 | Eve A. Marsella<br>Clarkson, Gore and Marsella<br>3424 Carson Street Number 350<br>Torrance, CA  65797<br>310-542-0111 |
| 6 | |
| 7 | |
| 8 | U.S. Trustee<br>Office of the United States Trustee/San Jose<br>United States Federal Building<br>280 South First Street Number 268<br>San Jose, CA 95113-3004 |
| 9 | |
| 10 | |